# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** | 26-1648

**Case Name** | Smith v. City of Oakland

**Counsel submitting this form** | Christopher E. Skinnell

**Represented party/parties** | Appellant-Movant California Apartment Association

*Briefly describe the dispute that gave rise to this lawsuit.*

This appeal challenges the district court's order denying CAA's motion to intervene in this action.

In the underlying lawsuit, the Plaintiffs sued the City of Oakland alleging that, as structured, the City's Rental Adjustment Program ("RAP") violates the Americans with Disabilities Act and corresponding state law provisions, because only residential units built before 1983 are subject to the RAP, and those units are disproportionately not accessible to mobility-impaired residents.

The City has defended the RAP on the ground that the 1983 cut-off date is mandated by state law, specifically the Costa Hawkins Rental Housing Act, Cal. Civ. Code sections 1954.50 et seq. Plaintiffs have urged that the ADA preempts Costa-Hawkins, and the City has informed the district court that, due to the City Council's opposition to Costa-Hawkins it is "in no position" to defend the law against the claim of preemption.

In August 2025, the district court invited the California Attorney General to intervene to defend Costa-Hawkins against a preemption claim. The Attorney General did intervene, but its submission did not substantively dispute--indeed, essentially conceded--the preemption claim.

CAA was the prime sponsor of Costa-Hawkins in the Legislature in 1995, and it has spent millions of dollars in the intervening years to defeat attacks on the law in the courts, the Legislature, and at the ballot box. It seeks to defend the law.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 7**                                                                                     *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The district court denied CAA's motion to intervene, both of right and by permission, and CAA appeals that decision.

Plaintiffs did not dispute, and the district court found that CAA has a significant protectible interest in this case and that the interest is at risk of impairment by an adverse ruling--two of the four criteria for intervention of right. (Neither the City of Oakland nor the Attorney General opposed CAA's intervention.

However, the district court held that CAA's motion was untimely and that the existing defendants would adequately represent CAA's interests.

With regard to timeliness, the district court held that CAA's intervention would result in "minimal" prejudice to the existing parties. However, it found a lack of timeliness based on (1) the stage of the proceedings and (2) the length of, and reason for, delay.

With regard to adequate representation, the district court held that the City and Attorney General would adequately represent CAA's interests.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court has set a schedule for briefing on the preemption of Costa-Hawkins and the City's affirmative defenses under the ADA. That schedule is:

- Plaintiffs' Motion for judgment on the issue of preemption due 3/27/2026.
- City's Opposition due 4/10/2026.
- Plaintiffs' Reply due 4/24/2026.
- Hearing set for 5/28/2026 at 02:00 PM

(ECF No. 184.)

**Signature** s/Christopher E. Skinnell          **Date** March 27, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                        *Rev. 09/01/22*

2

# PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 and not a party to the foregoing cause of action. My business address is, 2350 Kerner Boulevard, Suite 250, San Rafael, California 94901.

On March 27, 2026, I caused the following documents:

- **Reply in Support of Appellant's Motion to Expedite Appeal**

- **Form 7. Mediation Questionnaire**

- **Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1**

to be served on the following individuals:

| | |
|---|---|
| Thomas Zito<br>tzito@dralegal.org<br>Sean Betouliere<br>sbetouliere@dralegal.org<br>DISABILITY RIGHTS ADVOCATES<br>2001 Center St., Third Floor<br>Berkeley, CA 94704-1204<br>Tel: (510) 665-8644<br>*Attorneys for Plaintiffs* | Michael Rawson<br>mrawson@pilpca.org<br>Craig Castellanet<br>ccastellanet@pilpca.org<br>PUBLIC INTEREST LAW PROJECT<br>449 15th Street, Suite 301<br>Oakland, CA 94612-06001<br>Tel: (510) 891-9794<br>*Attorneys for Plaintiffs* |

///

///

///

| | |
|---|---|
| Emily Roznowski<br>eroznowski@dralegal.org<br>Raika Kim<br>rkim@dralegal.org<br>DISABILITY RIGHTS<br>ADVOCATES<br>300 South Wacker Dr., Fl. 32<br>Chicago, IL 60606-6680<br>Tel: (332) 217-2319<br>*Attorneys for Plaintiffs* | KEVIN P. MCLAUGHLIN<br>Supervising Deputy City Attorney<br>kmclaughlin@oaklandcityattorney.org<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>Tel: (510) 238-2961<br>*Attorneys for Defendant City of Oakland* |

X    **BY AMCS TRANSMISSION**: By transmitting true and correct copies through the Court's electronic e-filing (AMCS) system.

I also caused those documents to be served on the following parties:

| | |
|---|---|
| MICHAEL J. QUIRK<br>Deputy City Attorney<br>mquirk@oaklandcityattorney.org<br>One Frank H. Ogawa Plaza, 6th Fl.<br>Oakland, CA 94612<br>Tel: (510) 238-2961<br>*Attorneys for Defendant City of Oakland* | ROB BONTA<br>Attorney General of California<br>ANNA FERRARI<br>Supervising Deputy Attorney General<br>Anna.Ferrari@doj.ca.gov<br>JAMES R. BOWEN<br>Deputy Attorney General<br>James.Bowen@doj.ca.gov<br>300 South Spring St., Ste. 1702<br>Los Angeles, CA 90013-1230<br>Telephone: (213) 269-6079<br>*Attorneys for Attorney General, State of California* |

X    **BY ELECTRONIC SERVICE**: By transmitting true and correct copies by e-mail to the above parties at the above email addresses; and

Executed in Berkeley, California, on March 27, 2026. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Christopher E. Skinnell

## PROOF OF SERVICE

I am employed in the County of Marin, State of California.  I am over the age of 18 and not a party to the foregoing cause of action.  My business address is, 2350 Kerner Boulevard, Suite 250, San Rafael, California 94901.

On March 27, 2026, I caused the following documents:

- **Reply in Support of Appellant's Motion to Expedite Appeal**

- **Form 7. Mediation Questionnaire**

- **Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1**

to be served on the following individuals:

| | |
|---|---|
| MICHAEL J. QUIRK<br>Deputy City Attorney<br>mquirk@oaklandcityattorney.org<br>One Frank H. Ogawa Plaza, 6th Fl.<br>Oakland, CA 94612<br>Tel: (510) 238-2961<br>*Attorneys for Defendant City of Oakland* | ROB BONTA<br>Attorney General of California<br>ANNA FERRARI<br>Supervising Deputy Attorney General<br>Anna.Ferrari@doj.ca.gov<br>JAMES R. BOWEN<br>Deputy Attorney General<br>James.Bowen@doj.ca.gov<br>300 South Spring St., Ste. 1702<br>Los Angeles, CA 90013-1230<br>Telephone: (213) 269-6079<br>*Attorneys for Attorney General, State of California* |

X     **BY FEDERAL EXPRESS:** By following ordinary business practices and placing for pickup by FEDERAL EXPRESS at 2350

Kerner Blvd., Suite 250, San Rafael, California 94901 on March 27, 2026, copies of the above documents in an envelope or package designated by FEDERAL EXPRESS with delivery fees paid or provided for.

Executed in San Rafael, California, on March 27, 2026. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_____

Taylor E. Foster