# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form34instructions.pdf

**9th Cir. Case Number(s)** 26-1648

Name(s) of party/parties, prospective intervenor(s), or amicus/amici filing this form:

Appellant California Apartment Association

Under FRAP 26.1 and Circuit Rule 26.1-1, I make the following disclosures:

1. I disclose the following information required by FRAP 26.1(a) and/or Circuit Rule 26.1-1(b) for any nongovernmental corporation, association, joint venture, partnership, limited liability company, or similar entity[1] which is a party, prospective intervenor, or amicus curiae in any proceeding, or which the government identifies as an organizational victim below in section 2 of this form,[2] or which is a debtor as disclosed below in section 3 of this form.

   a. Does the party, prospective intervenor, amicus, victim, or debtor have any parent companies? Parent companies include all companies that control the entity directly or indirectly through intermediaries.
   ○ Yes    ● No

   If yes, identify all parent corporations of each entity, including all generations of parent corporations *(attach additional pages as necessary)*:

   n/a

   b. Is 10% or more of the stock of the party, prospective intervenor, amicus, victim, or debtor owned by a publicly held corporation or other publicly held entity?
   ○ Yes    ● No

---

[1] A corporate entity must be identified by its full corporate name as registered with a secretary of state's office and, if its stock is publicly listed, its stock symbol or "ticker."

[2] To the extent it can be obtained through due diligence.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 34**                    *1*                    *New 12/01/24*

If yes, identify all such owners for each entity *(attach additional pages as necessary)*:

n/a

2. In a criminal case, absent good cause shown, the government must identify here any organizational victim of the alleged criminal activity:

n/a

3. In a bankruptcy case, the debtor, the trustee, or, if neither is a party, the appellant must identify here each debtor not named in the court of appeals caption:

n/a

4. Are you aware of any judge serving on this Court who participated at any stage of the case, either in district court, administrative proceedings, or in related state court proceedings?
   ○ Yes      ◉ No

   If yes, list the name of the judge and the case name, case number, and name of court of the related proceedings:

   n/a

I certify that *(select only one)*:

◉   this is the first disclosure statement filed in the above-referenced case by the above-identified party/parties, prospective intervenor(s), or amicus/amici, and this disclosure statement complies with FRAP 26.1 and Circuit Rule 26.1-1.

○   the party/parties, prospective intervenor(s), or amicus/amici submitting this supplemental disclosure statement has previously filed a compliant disclosure statement in this case, and this updated disclosure statement discloses changed or additional information.

○   I have reviewed this form, FRAP 26.1, and Circuit Rule 26.1-1 and, to the best of my knowledge, have no information to disclose at this time.

**Signature** /s/Christopher E. Skinnell          **Date** 3/27/2026
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 34**                              2                          *New 12/01/24*

# PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 and not a party to the foregoing cause of action. My business address is, 2350 Kerner Boulevard, Suite 250, San Rafael, California 94901.

On March 27, 2026, I caused the following documents:

- **Reply in Support of Appellant's Motion to Expedite Appeal**

- **Form 7. Mediation Questionnaire**

- **Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1**

to be served on the following individuals:

| | |
|---|---|
| Thomas Zito<br>tzito@dralegal.org<br>Sean Betouliere<br>sbetouliere@dralegal.org<br>DISABILITY RIGHTS ADVOCATES<br>2001 Center St., Third Floor<br>Berkeley, CA 94704-1204<br>Tel: (510) 665-8644<br>*Attorneys for Plaintiffs* | Michael Rawson<br>mrawson@pilpca.org<br>Craig Castellanet<br>ccastellanet@pilpca.org<br>PUBLIC INTEREST LAW PROJECT<br>449 15th Street, Suite 301<br>Oakland, CA 94612-06001<br>Tel: (510) 891-9794<br>*Attorneys for Plaintiffs* |

///

///

///

| | |
|---|---|
| Emily Roznowski<br>eroznowski@dralegal.org<br>Raika Kim<br>rkim@dralegal.org<br>DISABILITY RIGHTS<br>ADVOCATES<br>300 South Wacker Dr., Fl. 32<br>Chicago, IL 60606-6680<br>Tel: (332) 217-2319<br>*Attorneys for Plaintiffs* | KEVIN P. MCLAUGHLIN<br>Supervising Deputy City Attorney<br>kmclaughlin@oaklandcityattorney.org<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>Tel: (510) 238-2961<br>*Attorneys for Defendant City of Oakland* |

X    **BY AMCS TRANSMISSION**: By transmitting true and correct copies through the Court's electronic e-filing (AMCS) system.

I also caused those documents to be served on the following parties:

| | |
|---|---|
| MICHAEL J. QUIRK<br>Deputy City Attorney<br>mquirk@oaklandcityattorney.org<br>One Frank H. Ogawa Plaza, 6th Fl.<br>Oakland, CA 94612<br>Tel: (510) 238-2961<br>*Attorneys for Defendant City of Oakland* | ROB BONTA<br>Attorney General of California<br>ANNA FERRARI<br>Supervising Deputy Attorney General<br>Anna.Ferrari@doj.ca.gov<br>JAMES R. BOWEN<br>Deputy Attorney General<br>James.Bowen@doj.ca.gov<br>300 South Spring St., Ste. 1702<br>Los Angeles, CA 90013-1230<br>Telephone: (213) 269-6079<br>*Attorneys for Attorney General, State of California* |

X    **BY ELECTRONIC SERVICE**: By transmitting true and correct copies by e-mail to the above parties at the above email addresses; and

Executed in Berkeley, California, on March 27, 2026. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Christopher E. Skinnell

## PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 and not a party to the foregoing cause of action. My business address is, 2350 Kerner Boulevard, Suite 250, San Rafael, California 94901.

On March 27, 2026, I caused the following documents:

- **Reply in Support of Appellant's Motion to Expedite Appeal**

- **Form 7. Mediation Questionnaire**

- **Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1**

to be served on the following individuals:

| | |
|---|---|
| MICHAEL J. QUIRK<br>Deputy City Attorney<br>mquirk@oaklandcityattorney.org<br>One Frank H. Ogawa Plaza, 6th Fl.<br>Oakland, CA 94612<br>Tel: (510) 238-2961<br>*Attorneys for Defendant City of Oakland* | ROB BONTA<br>Attorney General of California<br>ANNA FERRARI<br>Supervising Deputy Attorney General<br>Anna.Ferrari@doj.ca.gov<br>JAMES R. BOWEN<br>Deputy Attorney General<br>James.Bowen@doj.ca.gov<br>300 South Spring St., Ste. 1702<br>Los Angeles, CA 90013-1230<br>Telephone: (213) 269-6079<br>*Attorneys for Attorney General, State of California* |

X **BY FEDERAL EXPRESS:** By following ordinary business practices and placing for pickup by FEDERAL EXPRESS at 2350

Kerner Blvd., Suite 250, San Rafael, California 94901 on March 27, 2026, copies of the above documents in an envelope or package designated by FEDERAL EXPRESS with delivery fees paid or provided for.

Executed in San Rafael, California, on March 27, 2026. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_____

Taylor E. Foster