UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAR 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>Defendant - Appellee,<br><br>ROB BONTA, Attorney General of California,<br><br>Intervenor,<br><br>v.<br><br>CALIFORNIA APARTMENT ASSOCIATION,<br><br>Movant - Appellant. | No. 26-1648<br><br>D.C. No. 4:19-cv-05398-JST<br>Northern District of California, Oakland<br><br>ORDER |

Before: MILLER and BUMATAY, Circuit Judges.

The motion (Docket Entry No. 3) to expedite is denied.

The existing briefing schedule remains in effect.