Case No. 26-1648

# In the United States Court of Appeals For the Ninth Circuit

**IAN SMITH, *et al.***

*Plaintiff-Appellees,*

*v.*

**CITY OF OAKLAND**, and
**ROB BONTA, California Attorney General,**

*Defendants,*

*v.*

**CALIFORNIA APARTMENT ASSOCIATION,**

*Movant-Appellant.*

———————————————

# APPELLANT'S EXCERPTS OF RECORD (Index Volume)

———————————————

On Appeal from the United States District Court
for the Northern District of California
The Honorable Jon S. Tigar, Presiding
District Court Case No. 4:19-cv-05398-JST

NIELSEN MERKSAMER LLP
Christopher E. Skinnell (SBN 227093)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94901
Tel:  (415) 389-6800
Fax: (415) 388-6874
Em: cskinnell@nmgovlaw.com
*Attorneys for Movant-Appellant*

## INDEX TO PLAINTIFFS' EXCERPTS OF RECORD

### Volume 1 of 3 (Starting at Page AER001)

| Date | Filer | ECF No. | Document Title | Page(s) |
|------|-------|---------|----------------|---------|
| 03/13/2026 | ND Cal | 182 | Order [Denying] Motion to Intervene | AER002 to AER014 |

### Volume 2 of 3 (Starting at Page AER015)

| Date | Filer | ECF No. | Document Title | Page(s) |
|------|-------|---------|----------------|---------|
| 4/10/2026 | CAA | 196-2 | [Proposed] Brief Amicus Curiae of the California Apartment Association in Opposition to Plaintiffs' Supplemental Motion for Summary Judgment | AER016 to AER049 |
| 4/10/2026 | Oak | 195 | Defendant City of Oakland's Supplemental Brief in Support of Motion for Summary Judgment, and Opposition to Plaintiffs' Motion for Summary Judgment | AER050 to AER080 |
| 3/27/2026 | Pls | 190 | Plaintiffs' Supplemental Motion for Summary Judgment | AER081 to AER111 |
| 02/20/2026 | CAA | 179 | Notice of Post-Reply Developments Pertinent to the California Apartment Association's Motion to Intervene | AER112 to AER114 |

2

| 02/20/2026 | AG | 178 | Statement of California Attorney General Regarding Certified Constitutional Question [157] | AER115 to AER135 |
|---|---|---|---|---|
| 01/22/2026 | AG | 176 | Statement of Non-Opposition to the California Apartment Association's Motion to Intervene [163] | AER136 to AER138 |
| 12/15/2025 | Joint | 171 | Stipulated Proposed Briefing Schedule Re ECF 170 | AER139 to AER144 |
| 11/19/2025 | Joint | 165 | Stipulation and [Proposed] Order to Modify Briefing Schedule and Request for Case Management Conference | AER145 to AER151 |
| 11/17/2025 | CAA | 163-6 | Proposed Complaint in Intervention | AER152 to AER160 |
| | | 163-5 | Declaration of Christopher Skinnell in Support of CAA's Motion to Intervene | AER161 to AER170 |
| | | 163-4 | Declaration of Whitney Prout in Support of CAA's Motion to Intervene | AER171 to AER173 |
| | | 163-3 | Declaration of Sara Flynn in Support of CAA's Motion to Intervene | AER174 to AER176 |
| | | 163-2 | Declaration of Nicoley Collins in Support of CAA's Motion to Intervene | AER177 to AER179 |

3

| | | | | |
|---|---|---|---|---|
| | | 163-1 | Declaration of Thomas K. Bannon in Support of CAA's Motion to Intervene | AER180 to AER184 |
| | | 163 | Notice of Motion and Motion of the California Apartment Association to Intervene | AER185 to AER206 |
| 11/10/2025 | AG | 162 | Notice of Intent to Intervene by California Attorney General Regarding Certification of Constitutional Question [157] | AER207 to AER209 |
| 08/25/2025 | ND Cal | 152 | Order Resolving Motions for Summary Judgment | AER210 to AER221 |
| 05/27/2025 | Oak | 145 | Defendant City of Oakland's Reply in Support of Motion for Summary Judgment | AER222 to AER240 |
| 04/22/2025 | Oak | 141 | Defendant City of Oakland's Motion for Summary Judgment, and Opposition to Plaintiffs' Motion for Summary Judgment | AER241 to AER271 |
| 09/03/2021 | ND Cal | 83 | Order Denying City of Oakland's Motion for Judgment on the Pleadings | AER272 to AER274 |
| 07/02/2021 | Oak | 79 | City of Oakland's Reply in Support of Motion for Judgment on the Pleadings | AER275 to AER280 |
| 06/01/2021 | Oak | 71 | Notice of Motion and Motion for Judgment on the Pleadings; Memorandum of Points and Authorities in Support | AER281 to AER288 |

4

## Volume 3 of 3 (Starting with AER289)

| Date | Filer | ECF No. | Document Title | Page(s) |
|---|---|---|---|---|
| 01/20/2021 | ND Cal | 66 | Order Granting Order for Class Certification | AER290 to AER304 |
| 11/13/2020 | Oak | 54 | Defendant City of Oakland's Opposition to Plaintiffs' Motion for Class Certification | AER305 to AER333 |
| 04/16/2020 | Oak | 43 | Defendant City of Oakland's Answer to Plaintiffs' Complaint | AER334 to AER347 |
| 04/02/2020 | ND Cal | 38 | Order Denying [Defendant City of Oakland's] Motion to Dismiss | AER348 to AER365 |
| 12/03/2019 | Oak | 25 | Defendant [City of Oakland]'s Reply in Support of Motion to Dismiss Plaintiffs' Complaint | AER366 to AER375 |
| 10/19/2019 | Oak | 20 | Defendant City of Oakland's Notice of Motion and Motion to Dismiss Plaintiffs' Complaint; Memorandum of Points and Authorities in Support | AER376 to AER395 |
| 08/28/2019 | Pls | 1 | Complaint for Declaratory and Injunctive Relief for Violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12132 et seq., and the California Disabled Persons Act ("CDPA"), Cal. Civ. Code §§ 54.1 et seq. | AER396 to AER416 |

| 03/16/2026 | CAA | 183 | Movant's Notice of Appeal & Representation Statement [Fed. R. App. Proc. 12(b) & Ninth Circuit Rule 3-2(b) | AER417 to AER432 |
|---|---|---|---|---|
| 04/24/2026 | ND Cal | Dkt | Docket – *Smith v. City of Oakland*, Case No. 4:19-cv-05398-JST (N.D. Cal.) | AER433 to AER466 |