## PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 and not a party to the foregoing cause of action. My business address is, 2350 Kerner Boulevard, Suite 250, San Rafael, California 94901.

On April 28, 2026, I caused the following documents, described as:

- **APPELLANT'S OPENING BRIEF**

- **APPELLANT'S EXCERPTS OF RECORD (Four Volumes, including Index Volume)**

to be served on the following individuals:

| | |
|---|---|
| Thomas Zito<br>tzito@dralegal.org<br>Sean Betouliere<br>sbetouliere@dralegal.org<br>DISABILITY RIGHTS ADVOCATES<br>2001 Center St., Third Floor<br>Berkeley, CA 94704-1204<br>Tel: (510) 665-8644 | Michael Rawson<br>mrawson@pilpca.org<br>Craig Castellanet<br>ccastellanet@pilpca.org<br>PUBLIC INTEREST LAW PROJECT<br>449 15th Street, Suite 301<br>Oakland, CA 94612-06001<br>Tel: (510) 891-9794 |
| Emily Roznowski (*pro hac vice*)<br>eroznowski@dralegal.org<br>Raika Kim (*pro hac vice*)<br>rkim@dralegal.org<br>DISABILITY RIGHTS ADVOCATES<br>300 S. Wacker Dr., Floor 32<br>Chicago, IL 60606-6680<br>Tel: (332) 217-2319 | KEVIN P. MCLAUGHLIN<br>Supervising Deputy City Attorney<br>kmclaughlin@oaklandcityattorney.org<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>Tel: (510) 238-2961<br>Fax: (510) 238-6500<br>*Attorneys for Defendant City of Oakland* |

X    **BY AMCS TRANSMISSION**: By transmitting true and correct copies through the Court's electronic e-filing (AMCS) system.

I also caused those documents to be served on the following parties:

| MICHAEL J. QUIRK<br>Deputy City Attorney<br>mquirk@oaklandcityattorney.org<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>Tel: (510) 238-2961<br>*Attorneys for Defendant City of Oakland* | ANNA FERRARI<br>Supervising Deputy Attorney General<br>JAMES R. BOWEN<br>Deputy Attorney General<br>James.Bowen@doj.ca.gov<br>300 South Spring St., Ste. 1702<br>Los Angeles, CA 90013-1230<br>Telephone: (213) 269-6079<br>*Attorneys for Attorney General, State of California* |
|---|---|

X    **BY ELECTRONIC SERVICE**: By transmitting true and correct copies by e-mail to the above party(ies) at the above email addresses; and

X    **BY FEDERAL EXPRESS:** By following ordinary business practices and placing for pickup by FEDERAL EXPRESS at 2350 Kerner Blvd., Suite 250, San Rafael, California 94901 on April 28, 2026, copies of the above documents in an envelope or package designated by FEDERAL EXPRESS with delivery fees paid or provided for.

Executed in San Rafael, California, on April 28, 2026. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Christopher E. Skinnell