# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 26-1648

**Case Name** Smith v. City of Oakland (Cal. Apartment Assn.)

Hearing Location (*city*) San Francisco

Your Name Christopher Skinnell

List the sitting dates for the two sitting months you were asked to review:

November 16-20; December 7-11

Do you have an irreconcilable conflict on any of the above dates? (●) Yes ( ) No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

November 19 - prior commitment to speak the League of California Cities conference

December 7 - partner meeting that cannot be rescheduled

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

( ) Yes (●) No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Christopher E. Skinnell **Date** 08/03/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*